# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MURREE JARSO,

    Petitioner,

v.

D. K. SISTO, Warden,

    Respondent.

No. CV 07-1511-JFW (PLA)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/14/08

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE